| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jacobvitz, Robert H. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Dennis Chavez Federal Building and U.S. Courthouse
500 Gold Avenue S.W., 13th Floor
Albuquerque, NM 87102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Governors | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conferece of Bankrutptcy Judges | April 2013 | Phoenix, AZ | Attendance at NCBJ Mid-Year Meeting | Reimbursement for hotel nights, meals, and travel. |
| 2. | National Conferece of Bankrutptcy Judges | October 2013 | Atlanta, GA | Attendance at NCBJ Annual Conference | Reimbursement for hotel nights and travel. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New Mexico Bank & Trust | loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  H IRA #1 | D | Int./Div. | O | T | | | | | |
| 2.  Apple Inc (AAPL) | A | Dividend | L | T | Sold (part) | 03/08/13 | N | | |
| 3. | | | | | Buy (add'l) | 03/08/13 | N | | |
| 4. | | | | | Sold (part) | 03/19/13 | K | | |
| 5. | | | | | Distributed (part) | 03/22/13 | K | | |
| 6. | | | | | Sold (part) | 04/09/13 | N | | |
| 7. | | | | | Buy (add'l) | 04/10/13 | M | | |
| 8. | | | | | Sold (part) | 04/12/13 | L | | |
| 9. | | | | | Sold (part) | 04/15/13 | M | | |
| 10. | | | | | Sold (part) | 04/16/13 | K | | |
| 11. | | | | | Buy (add'l) | 04/18/13 | L | | |
| 12. | | | | | Buy (add'l) | 05/02/13 | N | | |
| 13. | | | | | Sold (part) | 05/07/13 | O | | |
| 14. | | | | | Buy (add'l) | 05/09/13 | O | | |
| 15. | | | | | Sold (part) | 05/15/13 | O | | |
| 16. | | | | | Buy (add'l) | 05/17/13 | O | | |
| 17. | | | | | Sold (part) | 05/28/13 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/29/13 | M | | |
| 19. | | | | | Buy (add'l) | 06/03/13 | L | | |
| 20. | | | | | Sold (part) | 06/17/13 | K | | |
| 21. | | | | | Buy (add'l) | 07/24/13 | K | | |
| 22. | | | | | Buy (add'l) | 07/29/13 | K | | |
| 23. | | | | | Buy (add'l) | 08/19/13 | K | | |
| 24. | | | | | Buy (add'l) | 09/10/13 | K | | |
| 25. | | | | | Sold (part) | 09/11/13 | L | | |
| 26. | | | | | Buy (add'l) | 10/21/13 | K | | |
| 27. | | | | | Buy (add'l) | 12/09/13 | K | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. Currency Shares Autralian Dollar Trust (FXA) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 32. | | | | | Sold (part) | 12/30/13 | J | | |
| 33. Currency Shares Canadian Dollar Trust (FXC) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 34. | | | | | Sold (part) | 12/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dow Chemical (DOW) | | None | | | Buy | 12/09/13 | K | | |
| 36. | | | | | Buy (add'l) | 12/13/13 | K | | |
| 37. | | | | | Sold | 12/20/13 | K | | |
| 38. Global X Super Dividend ETF (SDIV) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 39. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 40. Geggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | K | T | Buy | 06/17/13 | K | | |
| 41. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 42. Guggenheim S&P Global Water Index ETF (CGW) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 43. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 44. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 45. iShares Global Consumer Staples ETF (KXI) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 46. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 47. iShares Global Telecom ETF (IXP) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 48. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 49. iShares Gold Trust (IAU) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 50. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 51. | | | | | Sold (part) | 12/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/30/13 | J | | |
| 53. iShares Nasdaq Biotechnology ETF (IBB) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 54. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 55. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 56. iShares J.P. Morgan USD Emerging Markets Bond (EMB) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 57. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 58. | | | | | Sold (part) | 12/09/13 | J | | |
| 59. Market Vectors Agribusiness Index ETF (MOO) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 60. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 61. Market Vectors Gold Miners Indesx ETF (GDX) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 62. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 63. | | | | | Sold (part) | 10/21/13 | J | | |
| 64. | | | | | Sold (part) | 12/30/13 | J | | |
| 65. Market Vectors Natual Resources ETF (HAP) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 66. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 67. PIMCO Global Advantage Inflation-Linked Bond Exchange Traded Fnd (ILB | A | Dividend | J | T | Buy | 06/17/13 | K | | |
| 68. | | | | | Sold (part) | 12/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Power Shares S&P 500 Low Volatiliy (SPLV) | A | Dividend | K | T | Buy | 06/17/13 | K | | |
| 70. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 71. SPDR Barclays Capital Short Term High Yield Band ETF (SJNK) | A | Dividend | K | T | Buy | 06/17/13 | K | | |
| 72. | | | | | | | | | |
| 73. SPDR Dow Jones Industrial Average ETF (DIA) | | None | L | T | Buy | 12/20/13 | L | | |
| 74. SPDR Dow Jones International Real Estate ETF (RWX) | A | Dividend | J | T | Buy | 06/17/13 | J | | |
| 75. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 76. | | | | | | | | | |
| 77. Technology Select Sector SPDR Fund (XLK) | A | Dividend | K | T | Buy | 06/17/13 | K | | |
| 78. | | | | | Buy (add'l) | 10/21/13 | K | | |
| 79. Vanguard Emerging Markets Stock Index ETF (VWO) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 80. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 81. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 82. | | | | | Sold (part) | 12/20/13 | J | | |
| 83. Vanguard Energy ETF (VDE) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 84. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 85. Vanguard Health Care ETF (VHT) | A | Dividend | K | T | Buy | 06/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 87. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 88. Vanguard High Dividend Yield Index ETF (VYM) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 89. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 90. Vanguard REIT Index ETF (VNQ) | A | Dividend | J | T | | | | | |
| 91. | | | | | Buy | 05/29/13 | J | | |
| 92. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 93. | | | | | Sold (part) | 12/10/13 | J | | |
| 94. Vanguard Short Term Inflation Protected Securities ETF (VTIP) | | None | J | T | Buy | 06/17/13 | J | | |
| 95. | | | | | Sold (part) | 12/30/13 | J | | |
| 96. Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | Buy | 06/17/13 | K | | |
| 97. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 98. | | | | | Buy (add'l) | 10/21/13 | J | | |
| 99. | | | | | Buy (add'l) | 12/30/13 | K | | |
| 100. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | K | T | Buy | 06/17/13 | J | | |
| 101. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. H IRA #2 | | None | K | T | | | | | |
| 108. Apple Inc (AAPL) | | None | | | Sold | 03/05/13 | K | | |
| 109. PIMCO Global Advantage Inflation-Linked Bond Fund (ILB) | | None | J | T | Buy | 06/17/13 | J | | |
| 110. Vanguard Short-Term Investmnet Grade FUnd (VFSTX) | | None | K | T | Buy | 06/18/13 | K | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. H IRA #3 | | None | | | Closed | 01/07/13 | K | | |
| 115. | | | | | | | | | |
| 116. H Brokerage Account #1 | A | Interest | J | T | | | | | |
| 117. Apple Inc. (AAPL) | | | K | T | Buy | 03/22/13 | K | | |
| 118. | | | | | Sold | 03/22/13 | K | | |
| 119. New Mexico Bank and Trust Bank Accounts | | None | J | T | | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Reliastar Life Insurance (universal life) | B | Int./Div. | K | T | | | | | |
| 121. Crown Life Insurance Company (universal life) | A | Int./Div. | J | T | | | | | |
| 122. TD Waterhouse money market accounts | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jacobvitz, Robert H. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert H. Jacobvitz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544